1

**LAW OFFICES OF**
**EDWARD B. CHATOIAN**

2   2607 Fresno Street
    **Fresno, California 93721**
    TELEPHONE (559) 485-0101
    FAX (559) 485-7643

3

4   EDWARD B. CHATOIAN II #63957

5   Attorneys for Plaintiff, CANDIDO CORONA

6

7                  UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA - FRESNO

9                          * * * * *

10

CANDIDO CORONA,                    )    Case No. 1:06-CV-01558-OWW-
11                                 )    LJO
                      Plaintiff,   )
12                                 )    STIPULATION AND ORDER
        vs.                        )    REMANDING CASE TO STATE
13                                 )    COURT
DEERE & COMPANY and DOES 1 to      )
14  20.                            )
                                   )
15                    Defendants.  )
    _____ )

16

17          The parties, by and between their attorneys of record herein, hereby

    stipulate to the following:
18

19          1.      That the amount in dispute in this action is $75,000.00 or less.

20          2.      That based upon this stipulation, the Federal Court no longer

    has diversity jurisdiction over this matter.
21

22          3.      That it is appropriate that the United States District Court

23  remand this action back to the Fresno County Superior Court for all purposes.

24      IT IS SO STIPULATED:

        Dated:  February 12, 2007.
25

                            LAW OFFICES OF EDWARD B.
26  CHATOIAN

27

28                          By /s/ Edward B. Chatoian
                              EDWARD B. CHATOIAN II

Attorneys for Plaintiff

Dated:  February 12, 2007.

WILD, CARTER & TIPTON

By /s/ Robert G. Eliason
ROBERT G. ELIASON
Attorneys for DEERE & COMPANY

# O R D E R

**IT IS HEREBY ORDERED**, based upon the stipulation of counsel that this action be remanded to the Fresno County Superior Court.

IT IS SO ORDERED.

**Dated:   February 12, 2007** _____ /s/ Oliver W. Wanger _____
emm0d6                              UNITED STATES DISTRICT JUDGE

2